```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
WELTON K. WISHAM,                           :
                          Plaintiff,        :
                                            :    08 Civ. 8926 (DLC)
            -v-                             :
                                            :        ORDER
COMMISSIONER OF THE INTERNAL REVENUE        :
SERVICE, CHAPTER 47, OF THE NATIONAL        :
TREASURY EMPLOYEES UNION, (Chapt 47)        :
THE NATIONAL TREASURY EMPLOYEES UNION,      :
(NTEU), PHYLLIS B. NEWMAN, in her           :
individual and official capacity,           :
THERESE B. DORAN, in her individual and     :
official capacity, CLIFF KAZAKAUSKAS,       :
in his individual and official              :
capacity, KATHY ROBINS, in her              :
individual and official capacity, MARK      :
WEINBERG, in his individual and             :
official capacity, FRANK HEFFLER, in        :
his individual and official capacity,       :
MARTIN BIRNBAUM, in his individual and      :
official capacity, BARRY SHOTT, in his      :
individual and official capacity,           :
COLLEEN KELLY in her individual and         :
official capacity, and DEBRA NOLAN, in      :
her individual and official capacity,       :
                          Defendants.       :
                                            :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09

DENISE COTE, District Judge:

This Court has received a letter from plaintiff dated May 13, 2009, seeking an extension of time to file opposition papers to motions to dismiss filed by the National Treasury Employees Union ("NTEU") defendants and the Internal Revenue Service ("IRS") defendants. It is hereby

ORDERED that plaintiff's opposition to both the NTEU defendants' and the IRS defendants' motions to dismiss shall be due **July 3, 2009**. There shall be no further extensions. The NTEU defendants' and IRS defendants' replies shall be due **July 24, 2009**.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:     New York, New York
           May 14, 2009

_____
DENISE COTE
United States District Judge

COPIES SENT TO:

Welton K. Wisham
Law Office of Welton K. Wisham
24 Metropolitan Oval, Suite 7C
Bronx, NY 10462

David Slutsky
Levy Ratner P.C.
80 Eighth Avenue, 8th Floor
New York, NY 10011-5126

Pat Wynns
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006

Tomoko Onozawa
Assistant U.S. Attorney
U.S. Attorney's Office - Civil Division
86 Chambers Street
New York, NY 10007

Barbara Sheehy
National Treasury Employees Union
1750 H Street, NW
Washington, DC 20006